### THOMAS S. KNAPP *versus* RUFUS HATCH

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 198; (2) continued *p. 260; (3) dismissed *p. 276.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) recognizance and bail piece; (5) declaration; (6) plea of non assumpsit.
*1821 Calendar*, MS p. 24.  Recorded in *Book B*, MS pp. 156–60.

### THOMAS S. KNAPP *versus* RUFUS HATCH

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 199; (2) continued *p. 260; (3) dismissed *p. 276.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of non assumpsit.
*1821 Calendar*, MS p. 25.  Recorded in *Book B*, MS pp. 161–64.

### JOHN RAMSAY *versus* ROBERT SMART

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule for special bail or procedendo *p. 199; (2) rule for remand by procedendo *p. 217-i.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) precipe to tax attorneys' fee; (4) precipe to tax costs; (5) taxed bill of costs; (6) receipt.
*1821 Calendar*, MS p. 27.